### LEWIS *v.* CHRONICLE Co., Limited.

*(Supreme Court, General Term, First Department.* November 13, 1891.)

APPEAL—MATTERS NOT APPARENT OF RECORD.
   On appeal from the denial of a bill of particulars in a libel suit, it did not appear from the record that the complaint was before the lower court on the hearing of the motion, and the complaint was not brought before the court on appeal. *Held,* that the order should be affirmed, as there was nothing in the record to show error.

Appeal from special term, New York county.

This was an action by Benjamin Lewis against the Chronicle Company, Limited, for libel. The defendant moved for a bill of particulars, which motion the court denied, and from its order defendant appeals. Order affirmed.

Argued before VAN BRUNT, P. J., and DANIELS and INGRAHAM, JJ.

*Evarts, Choate & Beaman,* (*Treadwell Cleveland,* of counsel,) for appellant. *Tracy, MacFarland, Boardman & Platt,* for respondent.

VAN BRUNT, P. J. It does not appear from the record presented on this appeal that the complaint was before the court below at the time of the hearing of this motion. It was therefore impossible for it to determine whether or not the defendant was entitled to a bill of particulars; and, the complaint not being before this court upon appeal, there is nothing in this record showing that any error was committed by the court below. The order should therefore be affirmed, with $10 costs and disbursements. All concur.